FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 APR 28 PM 4:31

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WARREN SKILLERN,

    Plaintiff,

v.

MENTAL HEALTH PERSONNEL,
Georgia State Prison; Nurse TAYLOR;
Lt. V. CARTER; and SECURITY
PERSONNEL,

    Defendants.

CIVIL ACTION NO.: CV611-030

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. (Doc. No. 8). In his Objections, Plaintiff reiterates that he meets the "imminent danger" exception to the three strikes rule, but offers no evidence that he is in imminent danger. He merely states, "I await for the danger to reoccur." Nothing in Plaintiff's Objections warrants granting him an exception to the three strikes rule.

Plaintiff's Objections are without merit and are **OVERRULED**. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

AO 72A
(Rev. 8/82)

Plaintiff's complaint is **DISMISSED**. The Clerk is authorized and directed to enter the appropriate Judgment of dismissal.

**SO ORDERED**, this 28 day of April, 2011.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA