UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WARREN SKILLERN,

**Plaintiff,**

v.  6:11-cv-30

MENTAL HEALTH PERSONNEL, Georgia State Prison; NURSE TAYLOR; LT. V. CARTER; and SECURITY PERSONNEL

**Defendants.**

## ORDER

Plaintiff Warren Skillern ("Skillern") filed suit on March 29, 2011. *See* Doc. 1. The Magistrate Judge entered a Report and Recommendation ("R&R") on April 14, 2011, recommending that the Court dismiss Skillern's case under 28 U.S.C. § 1915(g). *See* Doc. 5. On April 28, 2011, the Court adopted the R&R and dismissed Skillern's case. *See* Docs. 9, 10.

Skillern has now filed a "Rule 59(e) or 60(b) Motion." *See* Doc. 11. The Court construes Skillern's motion as one for reconsideration of this Court's order dismissing his case because Skillern reprises his claim that he is in imminent danger.

"Reconsideration of a previous order is an extraordinary remedy to be employed sparingly." *Groover v. Michelin N. Am., Inc.*, 90 F. Supp. 2d 1236, 1256 (M.D. Ala. 2000). It is appropriate "only if the movant demonstrates that there has been an intervening change in the law, that new evidence has been discovered which was not previously available to the parties in the exercise of due diligence, or that the court made a clear error of law." *McCoy v. Macon Water Auth.*, 966 F. Supp. 1209, 1222-23 (M.D. Ga. 1997).

Skillern's motion does not present any of these exceptional circumstances. His "Rule 59(e) or 60(b) Motion," *see* Doc. 11, is *DENIED*.

This 23rd day of May 2011.

*/s/ B. Avant Edenfield*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA